UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEAN LEE,<br><br>    Petitioner,<br><br>v.<br><br>STEVEN JOHNSON, et al.,<br><br>    Respondents. | Civ. No. 16-0477 (RBK)<br><br>**MEMORANDUM AND ORDER** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 28, 2016, this Court issued an order to show cause on petitioner why his habeas petition should not be dismissed as untimely. Petitioner was given thirty days in which to respond to the order to show cause.

Presently pending before the Court is petitioner's request for a sixty-day extension of time in which to respond to the order to show cause. Good cause appearing, petitioner's request will be granted.

Accordingly, IT IS this 13th day of April, 2016,

ORDERED that petitioner's request for an extension of time in which to respond to the order to show cause (Dkt. No. 6) is granted; and it is further

ORDERED that petitioner may file his response to the order to show cause on or before June 28, 2016; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

                                                                            ROBERT B. KUGLER
                                                                            United States District Judge